UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-10076-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALEXIS VISCAINO CERVANTES, et al.,

    Defendants.
_____

## **O R D E R**

THIS CAUSE is before the Court on defendant **Brainer Gomez'** Motion for Bond Reduction (DE 107). A hearing was held on the motion on November 17, 2008. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Defendant **Brainer Gomez'** bond is reduced to $20,000 Corporate Surety with a Nebbia requirement. All other conditions previously set on October 6 & 10, 2008, remain in full force and effect.

DONE AND ORDERED in Key West, Florida, this 17th day of November, 2008.

                                      */s/ Lurana S. Snow*
                                      LURANA S. SNOW
                                      UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Russ Brown (MIA)

Mario Cano, Esq.

U.S. Probation